**United States Bankruptcy Court**
**Northern District Of Illinois**
**Western Division**

Page 1

In RE: LESLIE A. MASTROIANNI
2308 MALLARD DRIVE

FREEPORT IL 61032

Case Number   5/20/2008

**07-72594  MB**

SS #:   xxx-xx-9908     xxx-xx-

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | ATTORNEY GARY C FLANDERS | ONE COURT PLACE #201 ROCKFORD,IL 61101- | 01/18/2008 | 3,500.00 | 3,500.00 | 0.00 | Legal | 100.00 |
| 001-0 | ROUNDUP FUNDING LLC MS 550 | PO BOX 91121 SEATTLE,WA 98111-9221 | 01/04/2007 | 1,255.10 | 1,255.10 | 0.00 | Unsecured | 100.00 |
| 003-0 | ECAST SETTLEMENT CORPORATION 3936 E FT LOWELL STE 200 | % BASS & ASSOCIATES PC TUCSON,AZ 85712- | 11/19/2007 | 1,820.29 | 1,820.29 | 0.00 | Unsecured | 100.00 |
| 004-0 | CAPITAL ONE PO BOX 5155 | % TSYS DEBT MANAGEMENT NORCROSS,GA 30091- | 12/21/2007 | 2,797.04 | 2,797.04 | 0.00 | Unsecured | 100.00 |
| 005-0 | ROUNDUP FUNDING LLC MS 550 | PO BOX 91121 SEATTLE,WA 98111-9221 | 02/06/2008 | 6,006.23 | 6,006.23 | 0.00 | Unsecured | 100.00 |
| 006-0 | LVNV FUNDING LLC PO BOX 10587 | C/O RESURGENT CAPITAL SERVICES GREENVILLE,SC 29603-0587 | 11/19/2007 | 3,104.69 | 3,104.69 | 0.00 | Unsecured | 100.00 |
| 007-0 | LVNV FUNDING LLC PO BOX 10587 | C/O RESURGENT CAPITAL SERVICES GREENVILLE,SC 29603-0587 | 11/29/2007 | 384.14 | 384.14 | 0.00 | Unsecured | 100.00 |
| 008-0 | CHASE BANK USA NA PO BOX 740933 | % CREDITORS BANKRUPTCY SERVICE DALLAS,TX 75374- | 01/07/2008 | 1,371.73 | 1,371.73 | 0.00 | Unsecured | 100.00 |
| 011-0 | SALLIE MAE INC/UNITED STUDENT PO BOX 6180 | % SALLIE MAE GUARANTEE SERVICE INDIANAPOLIS,IN 46206-6180 | 11/21/2007 | 9,799.38 | 0.00 | 0.00 | Direct | |
| 012-0 | WORLD FINANCIAL NETWORK NATION PO BOX 3978 | % WEINSTEIN & RILEY PS SEATTLE,WA 98124-3978 | 11/20/2007 | 721.75 | 721.75 | 0.00 | Unsecured | 100.00 |
| 014-0 | SALLIE MAE INC/UNITED STUDENT PO BOX 6180 | % SALLIE MAE GUARANTEE SERVICE INDIANAPOLIS,IN 46206-6180 | 01/22/2008 | 1,801.33 | 0.00 | 0.00 | Direct | |
| 015-0 | CHASE- JP MORGAN CHASE BANK NA 220 LASLEY AVE | % SALLIE MAE INC WILKES-BARRE,PA 18706- | 01/19/2008 | 497.82 | 0.00 | 0.00 | Direct | |
| 016-0 | ECAST SETTLEMENT CORPORATION | PO BOX 35480 NEWARK,NJ 07193-5480 | 01/29/2008 | 115.22 | 115.22 | 0.00 | Unsecured | 100.00 |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer
-----------------------------------------
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on _____        By _____